IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAVIER ESCALERA, )<br>)<br>)<br>Defendant. ) | CASE NUMBER 21-mj-7122-MAB<br><br>Title 18, United States Code<br>Section 1111(a) |

## CRIMINAL COMPLAINT

I, Daniel D. Cook, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

#### MURDER IN THE SECOND DEGREE

On or about December 2, 2019, at Federal Correctional Institution in Greenville, Illinois, a place within the special maritime and territorial jurisdiction of the United States in the Southern District of Illinois,

### JAVIER ESCALERA,

defendant herein, with malice aforethought did unlawfully kill Monte Gann in violation of Title 18, United States Code, Section 1111(a).

### AFFIDAVIT

Your affiant, Daniel D. Cook, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for 11 years, and as such, is vested with the authority to investigate violations of Federal laws, including Titles

18 and 21 of the United States Code. Your affiant also has six years prior Federal law enforcement experience as a United States Postal Inspector and six years prior state law enforcement experience as a municipal Police Officer for the City of Lincoln, Nebraska. Your affiant is currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois Resident Agency and has primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1)      Javier Escalera and Monte Gann shared cell number 234 in the Special Housing Unit (SHU) at FCI – Greenville beginning on October 24, 2019.

2)      On December 2, 2019, at approximately 7:25 p.m., Bureau of Prisons personnel at FCI – Greenville responded to a duress alarm at cell 234. When Senior Officer Specialist P. Kelley got to the cell, Escalera stated his, "cellie fell off the top bunk and hit his head."

3)      Gann laid unresponsive on the floor between the bunk and a corner desk within the cell. Emergency medical services responded and attempted to revive Gann. Gann was pronounced deceased at 7:43 p.m.

4)      Dr. Marissa Feeney performed an autopsy on Gann on December 4, 2019. In her report, she stated the cause of death was "Blunt Trauma of Head, Neck, Torso, and Extremities with Skull, Neck, and Rib Fractures and Brain Injury." Dr. Feeney's report and photographs documented extensive injuries all over Gann's body. Dr. Feeney has stated that the "overwhelming trauma" she observed would not be consistent with falling off a bed.

5)      On December 3, 2019, the day after Gann's death, Escalera hanged himself.

Bureau of Prisons personnel observed him hanging from a noose around 2:30 p.m. Escalera was cut down and BOP staff performed CPR and chest compressions, ultimately reviving him.

6) In January and February of 2020, Escalera shared a cell with M.C.[1] Escalera admitted to M.C. that he and Gann engaged in a sexual relationship. During the time they shared a cell together, Escalera told M.C. that on the night of the murder, Escalera wanted to engage in sexual relations with Gann, but Gann did not want to. M.C. stated that Escalera admitted he got angry, fought with Gann, "strangle him or hang him and he died."

7) On February 12, 2020, Escalera and M.C. got into an argument over some food M.C. had. Escalera attempted to strangle M.C. and said "I'm going to kill you the same way I killed my cellie!"

8) On May 23, 2020, Escalera placed an outgoing call to an unknown individual (UM1). The call was recorded, interpreted (Escalera and the individual had been speaking Spanish), and transcribed. Of relevance:

> Escalera: The only one who knows what happened in that room is me, man. Do you understand me?
>
> UM1: Yes.
>
> Escalera: Therefore, I can talk to them so… Do you understand me? So they do not give me that much time because, it is not like I wanted to kill him, do you understand me? Just a bad hit and he died, man.
>
> UM1: Oh god! Damn it, man!
>
> Escalera: Listen, depending on the charges, the maximum they can give me is 15 years, man. And, if they say it is homicide, they can give me life. But, I do not think they would give me life, man!

9) FCI – Greenville is within the special maritime and territorial jurisdiction of the

---

[1] Based upon the nature of the charge, the United States will not disclose the identity of this witness in this pleading but can and will provide his name and criminal history *in camera* should the Court wish.

United States. *See* 18 U.S.C. § 7(3).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
DANIEL D. COOK,
Special Agent, Federal Bureau of Investigation

State of Illinois      )
                       )  SS.
County of St. Clair    )

Sworn to on the 8th day of July 2021, at East St. Louis, Illinois.

_____
MARK A. BEATTY
United States Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

_____
Laura Reppert
Assistant United States Attorney